| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 98-CR-1047 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 02-6011 T/P-WPD |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: **EZZ FARRAJ** 8980 North West 7th Court Pembroke Pines, Florida 33024 | DISTRICT Eastern District of New York | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Frederic Block, United States District Judge | |
| | DATES OF SUPERVISED RELEASE: FROM 8/31/01 | TO 8/30/04 |

OFFENSE

Conspiracy to Commit Robbery, in violation of 18 USC 1951

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/9/02
Date

Frederic Block, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

02/25/02
Effective Date

United States District Judge