


PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 54487

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-6011-TP-WPD

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Ezz Farraj

Name of Sentencing Judicial Officer: The Honorable Frederic Block, United States District Judge, Eastern District of New York

Date of Original Sentence: April 20, 2001

Original Offense: Conspiracy to Commit a Robbery, a class C felony, in violation of Title 18, USC §1951

Original Sentence: Forty-eight (48) months Bureau of Prisons followed by three (3) years supervised release, with the following special conditions: (1) the defendant shall not possess any kind of firearm, (2) the defendant shall participate in a drug treatment program as directed by the U.S. Probation Office, and (3) the defendant shall comply with the restitution ordered in this judgement.

Type of Supervision: Supervised Release          Date Supervision Commenced: August 31, 2001

**\*Transfer of Jurisdiction was accepted on February 25, 2002**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in the Home Detention Electronic Monitoring Program for up to 90 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the United States Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding," "call waiting," a modem, "caller ID," or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $4.25 each day.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 54487

## CAUSE

**Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about November 20, 2001, in Broward County, Florida, the supervised releasee, was arrested by the Pembroke Pines Police Department and charged with Driving on Suspended Drivers License, Habitual Offender. On February 21, 2002, the supervised releasee pled nolo contendre as to docket number 01-19480CF-Kaplan of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida and he was placed on 18 months Probation.

Respectfully submitted,

by  *[signature]*

Barbra Somoano  
U.S. Probation Officer  
Phone: 954-769-5576  
Date: March 6, 2002

---

THE COURT ORDERS:

[ ]     No Action  
[ ]     The Extension of Supervision as Noted Above  
[ ]     The Modification of Conditions as Noted Above  
[X]     Submit a Request for [X] Warrant or _ Summons

*[signature]*  
Signature of Judicial Officer

March 8, 2002  
Date