# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: EZZ FARRAJ (Suy)   CASE NO: 02-6011-TP/WPD
AUSA: Laurie Rucoba   ATTY: Kalim Farrusrell
AGENT: USPO: Barbara Samoanz   VIOL: Prob violation
PROCEEDING: Initial Appearance   RECOMMENDED BOND: PSB
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @: $50,000 PSB   To be cosigned by: APD

- ☑ Do not violate any law.
- ☑ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to USPO as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☑ Random urine testing by ~~Pretrial Services~~ USPO. ✓ Treatment as deemed necessary.
- ☑ Maintain or seek full - time employment.
- ☑ No contact with victims / witnesses.
- ☑ No firearms.
- ✓ Reside at current address
- ☐ Curfew: _____
- ☐ Travel extended to: SD/FL
- ✓ No illegal drugs or excessive alcohol
- ☐ Halfway House _____

FILED by INTAKE  MAR 28 2002  D.C.

- ☑ — advised of charges
- ☑ — Sworn for Counsel

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:   * Final revocation
PRELIM/ARRAIGN. OR REMOVAL:   hrg before Judge
STATUS CONFERENCE:   Dimitrouleas — USPO to contact

DATE: 3-28-02  TIME: 11:00AM  FTL/BSS TAPE #02 - 020  Begin: 2519  End: 3089